**Order entered June 4, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00146-CR

**ESSIE D. HOPKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1355764-U**

## ORDER

We **GRANT c**ourt reporter Peri K. Wood's June 2 , 2014 request for an extension of time to file the reporter's record.  The reporter's record shall be due **THIRTY DAYS** from the date of this order.

The clerk's record has not been filed and is now overdue.  We **ORDER** the Dallas County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to court reporter Peri K. Wood, Dallas County District Clerk Gary Fitzsimmons, and the Dallas County District Clerk, Criminal Records Division.

/s/     DAVID EVANS
          JUSTICE